JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY A. BUSH,                          )   Case No. ED CV 14-1419-PJW
                                          )
            Plaintiff,                    )
                                          )   J U D G M E N T
      v.                                  )
                                          )
CAROLYN W. COLVIN,                        )
ACTING COMMISSIONER OF THE                )
SOCIAL SECURITY ADMINISTRATION,           )
                                          )
            Defendant.                    )
_____)

     In accordance with the Memorandum Opinion and Order filed
herewith,

     IT IS HEREBY ADJUDGED that the Agency's decision is reversed and
the case is remanded for further proceedings consistent with the
Memorandum Opinion and Order.


     DATED: October 26, 2015.


                              _____
                              PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\BUSH, T 1419\Judgment.wpd